UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOHN T. SCULL,

                Plaintiff,

v.

PATRICK K. HENNEGAN,
ROGER TREVINO and
JOHN P. BARTOLOMEI,
BRIAN DEL PORTO,
NIAGARA FALLS REDEVELOPMENT LLC,
11TH STREET PROPERTIES LLC,
CLARKSVILLE LAND COMPANY LLC,
HOWARD MILSTEIN (Owner NFR),
ANTHONY BERGAMO (President NFR),
CITY OF NIAGARA FALLS NEW YORK,
THOMAS G. EWING,

                Defendants.

DECISION AND ORDER
15-CV-309-A

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On January 24, 2018, Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 101), recommending that Defendant Anthony Bergamo be dismissed from this action.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, Defendant Anthony Bergamo is dismissed from this action, and the Clerk of Court shall take all

steps necessary to terminate him as a defendant. The case is referred back to Magistrate Judge McCarthy for further proceedings.

   IT IS SO ORDERED.

            ___*Richard J. Arcara*_____
            HONORABLE RICHARD J. ARCARA
            UNITED STATES DISTRICT COURT

Dated: March 21, 2018